THE STATE EX REL. TECUMSEH PRODUCTS COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tecumseh Products Co. v.
Indus. Comm.* (1998), 82 Ohio St.3d 181.]

(No. 95–2190—Submitted May 12, 1998—Decided June 17, 1998.)

---

*Bugbee & Conkle, Robert P. King* and *David M. McCarty,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Chester T. Freeman Co., L.P.A.,* and *William R. Polhamus,* for appellee John Dear.

———————

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.